**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **GEORGE P. SMITH,** |
| Plaintiff, |
| v. |
| **U.S. ARMY,** *et al.*, |
| Defendants. |

Case No. 20-cv-3570 (CRC)

## AMENDED ORDER AND OPINION

On December 7, 2020, U.S. Army veteran George P. Smith filed a *pro se* complaint against the United States Army, the United States Marines, the Ku Klux Klan, and a reputed Klan member. The complaint essentially alleges a conspiracy between the two services and the Klan to take control of a military facility in Georgia in order to promote white nationalist activities. Mr. Smith amended his complaint to name additional defendants on January 27, 2021. Although the Clerk's Office issued summonses for three of the defendants, the plaintiff never filed any proof of service within the 90-day period required to effectuate service by Federal Rule of Civil Procedure 4(m). On August 13, 2021, almost seven months after the amended complaint was docketed, the Court directed the plaintiff to show cause why the complaint should not be dismissed for failure to effectuate service. Smith responded with letters to the Court mostly expounding on his allegations. But none demonstrate good cause for failing to effectuate service, as Rule 4(m) requires at this stage to avoid mandatory dismissal. While Smith does note his "ignorance of the law" and inability to retain counsel, a plaintiff's *pro se* status is not an "excuse[] from following procedural rules." Oladokun v. Corr. Treatment Facility, 309 F.R.D. 94, 98 (D.D.C. 2015) (citation omitted); see also Prunté v. Universal Music Grp., 248 F.R.D. 335, 339 (D.D.C. 2008) (applying service rules to pro se litigant). As such, it is hereby

**ORDERED** that this case be dismissed without prejudice.

This is a final appealable order.

**SO ORDERED.**

 

 

 

 

                                                     _____

CHRISTOPHER R. COOPER
United States District Judge

Date: <u>September 23, 2021</u>